JOHN SPICKERMAN, Respondent, *v.* ADAM McCHESNEY, as Executor, etc., Appellant.

(Argued December 4, 1888; decided December 11, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made the third Tuesday of November, 1886, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

The prominent points presented in this case were disposed of on the ground that they related to questions of fact, as to which there was evidence sufficient to justify the findings, and so that the decision of the court below was conclusive. Other objections were disposed of on the ground that they were not raised on the trial.

*Edgar L. Fursman* for appellant.

*G. B. Wellington* for respondent.

DANFORTH, J., reads for affirmance.
All concur.
Judgment affirmed.

---

MARY FITZGERALD, Administratrix, etc., Respondent, *v.* THE CITY OF BINGHAMTON, Appellant.

(Argued November 28, 1888; decided December 18, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made April 20, 1886, which affirmed a judgment entered upon a verdict in favor of plaintiff.

*A. D. Wales* for appellant.

*Edmund O'Connor* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.